**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: April Lynn DeVore                                             CHAPTER 13

                              Debtor(s)

                                                                     BKY. NO. 19-21472 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of COMMUNITY LOAN SERVICING, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
06 Nov 2020, 16:16:24, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com