IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21472 TPA |
| | ) | |
| April Lynn DeVore | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| April Lynn DeVore | ) | Related to Doc. No. 70 |
| | ) | |
| Movant(s) | ) | |
| vs. | ) | Hearing: 1/6/21 at 10:00 AM |
| PennyMac Loan Services, LLC, Bayview | ) | |
| Loan Servicing, LLC, and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING MOTION TO MODIFY CONFIRMED PLAN UNDER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on December 6, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the Motion were to be filed and served no later than December 23, 2020.

It is hereby respectfully requested that the Order attached to the *Motion* be entered by the Court.

Dated: December 24, 2020

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Ste 2
Monroeville, PA 15146
(412) 374-7161
niclowlgl@comcast.net
PA. ID 72116