FILED
12/29/20 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| APRIL LYNN DeVORE, | : | Case No. 19-21472-TPA |
| *Debtor*, | : | Chapter 13 |
| | : | |
| APRIL LYNN DeVORE, | : | |
| *Movant* | : | |
| v. | : | Related to Doc. No. 70 |
| PENNYMAC LOAN SERVICES, LLC, | : | |
| BAYVIEW LOAN SERVICING, LLC, | : | |
| and RONDA J. WINNECOUR, | : | |
| ESQUIRE, Chapter 13 Standing Trustee, | : | |
| *Respondent.* | : | |

## **ORDER**

On December 6, 2020, the Debtor filed ***Motion to Modify Confirmed Plan Under 11 U.S.C. Section 1329(d)*** at Doc. No. 70 ("Motion"), which in and of itself does not provide the necessary support for the relief being requested for an extension of the Plan term under the CARES Act despite the filing of a CNO.  In order to finally implement this request the Court requires that a "Motion Seeking CARES Act Relief" be filed which specifically states relevant facts in support of the Motion and meeting the Debtor's burden under the CARES Act.

*AND NOW*, this **29th** day of ***December, 2020***, it is hereby **ORDERED, ADJUDGED and DECREED** that

(1)    The ***Motion to Modify Confirmed Plan*** at Doc. No. 70 is ***DENIED*** for the reasons stated above and the hearing previously scheduled on January 6, 2021 at 10am is ***CANCELLED***.

1

(2) **On or before January 12, 2021,** the Debtor shall file an *Amended Motion for CARES Act Extension of Plan Term* and provide:

    (a) The specific nature of the requested plan extension and its effect on the current plan term;

    (b) Detailed narrative explanation of material facts in support of the requested relief meeting Debtor's burden that current circumstances, either directly or indirectly, were caused by the COVID-19 pandemic and did not exist prior to the current loss of income;

    (c) An analysis of Chapter 13 plan payments throughout the case including copies of the Ch 13 Trustee disbursement schedule;

    (d) Justify with a showing of the Debtor's affected, current financial situation that the number of requested months for the extension is supported as opposed to some lesser period of time; and,

    (e) Any other relevant information in support of the request for CARES Act relief including appropriate affidavits.

(3) The Debtor(s) need not self-schedule the *Amended Motion*. Upon filing, the Court will schedule the matter for evidentiary hearing.

                                                            _____  jlm
                                                              Thomas P. Agresti, Judge
                                                              United States Bankruptcy Court

Case administrator to serve:
Debtor
Scott R. Lowden, Esq.
Ronda J. Winnecour, Esq., Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21472-TPA |
| April Lynn DeVore | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jmar | Page 1 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

**Recip ID      Recipient Name and Address**
db      + April Lynn DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

**Name      Email Address**

Brian Nicholas
     on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
     on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Jerome B. Blank
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
     on behalf of Creditor Pennymac Loan Services  LLC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Mario J. Hanyon
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: jmar | Page 2 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
 on behalf of Debtor April Lynn DeVore niclowlgl@comcast.net

Thomas Song
 on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com

Thomas Song
 on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

Victor Samuel Kustra
 on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 13