FILED
1/14/21 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No 19-21472 TPA |
| April Lynn DeVore | : | Chapter 13 |
| Debtor(s) | : | Docket No. 79 |
| April Lynn DeVore | : | |
| Movant(s) | : | |
| vs. | : | |
| PennyMac Loan Services, LLC, Bayview Loan Servicing, LLC, and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Respondent(s) | : | |

## ORDER OF COURT

**AND NOW,** this __14th__ day of __January__, 2021, upon consideration of the Motion to Modify Confirmed Plan Under 11 U.S.C. Section 1329(d), it is hereby **ORDERED, ADJUDGED and DECREED** that the debtor is permitted to extend the plan term for a period of up to 84 months pursuant to the CARES Act. The Amended Chapter 13 Plan dated June 28, 2020 is confirmed.

BY THE COURT:

_/s/ Ronda_____
ljm    J.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-21472-TPA
April Lynn DeVore Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 2
Date Rcvd: Jan 14, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Lynn DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
     on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Jerome B. Blank
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com

Joseph F. Nicotero
     on behalf of Debtor April Lynn DeVore niclowlgl@comcast.net

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Mario J. Hanyon
     on behalf of Creditor Pennymac Loan Services  LLC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Mario J. Hanyon
   on behalf of Creditor BAYVIEW LOAN SERVICING  LLC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
   on behalf of Debtor April Lynn DeVore niclowlgl@comcast.net

Thomas Song
   on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
   on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Victor Samuel Kustra
   on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 14