**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
APRIL LYNN DEVORE                                                  Case No. 19-21472TPA

          Debtor(s)
RONDA J. WINNECOUR,                                                Chapter 13
Standing Chapter 13 Trustee,

          Movant                                              Document No __
   vs.
US DEPARTMENT OF EDUCATION

          Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The Trustee has received notice of a transfer of servicing to Edfinancial Services, but no
    Transfer of Claim has yet been filed with the Court.

US DEPARTMENT OF EDUCATION          Court claim# 17-2/Trustee CID# 17
C/O FEDLOAN SERVICING
PO BOX 790234
ST LOUIS, MO 63179


The Movant further certifies that on 04/25/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                /s/ Ronda J. Winnecour
                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
cc:  debtor(s)                                  SUITE 3250 US STEEL TWR
     original creditor                     PITTSBURGH, PA  15219
     putative creditor                  (412) 471-5566
     counsel for debtor(s)          cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| DEBTOR(S):<br>APRIL LYNN DEVORE, 7647 SALTSBURG ROAD, PITTSBURGH, PA  15239 | DEBTOR'S COUNSEL:<br>SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146 |
|---|---|
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION, C/O FEDLOAN SERVICING, PO BOX 790234, ST LOUIS, MO  63179 | :<br>US DEPARTMENT OF EDUCATION**, C/O FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA  17106-9184 |
| NEW CREDITOR:<br>ED FINANCIAL SERVICES<br>P.O. BOX 36008<br>KNOXVILLE, TN 37930-6008 | |