## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>APRIL LYNN DEVORE<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　　　Movant<br>　　　vs.<br>COMMUNITY LOAN SERVICING LLC<br>　　　　　Respondents | Case No. 19-21472TPA<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　　　The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 1278.

　　　Regular mortgage payments are currently being directed to the following creditor at the following address:

　　　　　COMMUNITY LOAN SERVICING LLC
　　　　　ATTN CASHIERING DEPT
　　　　　4425 PONCE DE LEON BLVD 5TH FL
　　　　　CORAL GABLES,FL 33146

　　Movant has been requested to send payments to:
　　　　　SELENE FINANCE LP
　　　　　CASH SERVICES P.O. BOX 71243
　　　　　PHILADELPHIA, PA 17176-6243

　　　The Chapter 13 Trustee's CID Records of COMMUNITY LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

　　　The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/25/2022.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
APRIL LYNN DEVORE, 7647 SALTSBURG ROAD, PITTSBURGH, PA  15239

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
COMMUNITY LOAN SERVICING LLC, ATTN CASHIERING DEPT, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146

NEW CREDITOR:
SELENE FINANCE LP
CASH SERVICES P.O. BOX 71243
PHILADELPHIA, PA 17176-6243