FILED
2/16/23 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: April Lynn DeVore )<br>)<br>)<br>)<br>)<br>Debtor(s).    )<br>_____X | Case No. 19-21472 GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 52 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☐   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   April Lynn DeVore

☐   a motion to lift stay
     as to creditor   _____

☒   Other:   The plan is being modified to incorporate the Notice of Mortgage Payment Change filed by MCLP Asset Company, Inc. on 12/28/2022, and to cure plan arrears

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐   Chapter 13 Plan dated
☒   Amended Chapter 13 Plan dated   June 28, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x   Debtor(s) Plan payments shall be changed from $ 2,773 to $ 2,863 per Month, effective March 2023 ; and/or the Plan term shall be

-1-

<ul>
<li>changed from ___ months to ___ months. _____ .</li>
</ul>

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>MCLP Asset Company, Inc., CL.#13-2 governs following all NMPC of record with the monthly payment to be paid $1,290.12 per month beginning 2/1/2023. The debtor is not required to file a separate Response to the NMPC filed on 12/28/2022.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  16th  day of  February, 2023

_____
Gregory L. Taddonio          jah
Chief United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

 /s/ Scott R. Lowden                         /s/  James Warmbrodt
Scott R. Lowden - Counsel to Debtor         James Warmbrodt, Esq.
PA ID 72116                                 Counsel to Chapter 13 Trustee
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412) 292-4254

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
April Lynn DeVore  
    Debtor

Case No. 19-21472-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 16, 2023      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Lynn DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| cr | + | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 15072486 | | BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 15031224 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 15045962 | + | Borough of Plum, C/O Plum Borough Property Tax, 4555 New Texas Rd., Pittsburgh, PA 15239-1166 |
| 15031230 | + | Eli Milis, 2907 Canterbury Drive, Imperial, PA 15126-9193 |
| 15031231 | + | Fed Loan Services / Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |
| 15031236 | + | Linda DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| 15492322 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15031242 | + | Penn Hills Twp., Penn Hills SD, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 15031244 | + | Plum Borough School District, 4555 New Texas Road, Pittsburgh, PA 15239-1195 |
| 15071428 | + | Plum Borough School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., STE 503, Pittsburgh, PA 15219-1308 |
| 15031245 | + | Solomon Boswell, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15031246 | + | State Collection Service/Magee Hospital, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |
| 15031248 | #+ | The Physical Therapy Institute, 480 Johnson Road, Ste 303, Washington, PA 15301-8936 |
| 15073780 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 17 2023 00:04:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15031223 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 16 2023 23:54:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 15058984 | | Email/Text: ally@ebn.phinsolutions.com | Feb 16 2023 23:54:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15031225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15052367 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank USA, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031227 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2023 00:04:16 | CareCredit/Synchony Bank, PO Box 960061, Orlando, FL 32896-0061 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 15302705 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15031228 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 16 2023 23:54:00 | Credit Management Co., Premier Medical Assoc., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15031229 | | Email/Text: G06041@att.com | Feb 16 2023 23:54:00 | Directv, PO Box 6550, Englewood, CO 80155 |
| 15070901 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 16 2023 23:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15496551 | + | Email/Text: EBN@edfinancial.com | Feb 16 2023 23:54:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031232 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 16 2023 23:54:00 | First National Bank, 4140 East State St., Hermitage, PA 16148-3401 |
| 15031233 | + | Email/Text: crdept@na.firstsource.com | Feb 16 2023 23:54:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15031234 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2023 23:54:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15031235 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2023 00:04:24 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15031237 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2023 00:04:24 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15031238 | + | Email/Text: bankruptcy@sccompanies.com | Feb 16 2023 23:54:00 | Montgomery Ward, 1112 7th Ave., Monroe, WI 53566-1364 |
| 15052753 | + | Email/Text: bankruptcy@sccompanies.com | Feb 16 2023 23:54:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15031240 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 23:54:00 | PA Department of Revenue*, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031239 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 23:54:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15093076 | + | Email/PDF: ebnotices@pnmac.com | Feb 17 2023 00:04:17 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15072597 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2023 00:04:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15041080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031243 | + | Email/PDF: ebnotices@pnmac.com | Feb 17 2023 00:04:21 | PennyMac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15059055 | + | Email/Text: ebnpeoples@grblaw.com | Feb 16 2023 23:54:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15068865 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2023 00:04:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15031690 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2023 00:04:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15031247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2023 00:04:17 | The Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15031249 | | ^ MEBN | | |

Case 19-21472-GLT    Doc 104    Filed 02/18/23    Entered 02/19/23 00:22:43    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | Feb 16 2023 23:47:35 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
|---|---|---|---|---|
| 15067103 | ^ | MEBN | | |
| | | | Feb 16 2023 23:47:18 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15031250 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 17 2023 00:04:20 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15031251 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Feb 16 2023 23:54:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | | Plum Borough School District C/O Weiss Burkardt Kr, 445 Fort Pitt Blvd. Ste. 503, Pittsburgh |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15031241 | ##+ | Patenaude & Felix, APC, 4545 Murphy Canyon Rd., 3rd Floor, San Diego, CA 92123-4363 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company Inc. cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jblank@pincuslaw.com |
| Joseph F. Nicotero | |

Case 19-21472-GLT   Doc 104   Filed 02/18/23   Entered 02/19/23 00:22:43   Desc
Imaged Certificate of Notice   Page 7 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | |
|---|---|
| | on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com |
| Maria Miksich | |
| | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | |
| | on behalf of Debtor April Lynn DeVore niclowlgl@comcast.net |
| Thomas Song | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Victor Samuel Kustra | |
| | on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |

TOTAL: 18