IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>April Lynn DeVore | : | Bankruptcy No. 19-21472 GLT |
| Debtor(s) | : | |
| April Lynn DeVore | : | Chapter 13 |
| Movant(s) | : | |
| | : | Related to Document No. 106 - 108 |
| v. | : | |
| UPMC Presbyterian Shadyside | : | |
| Respondent(s) | : | |

**AMENDED CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12**

I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) February 24, 2023

UPMC Presbyterian Shadyside
Attn: Payroll Manager
US Steel Tower, Floor 56
600 Grant Street
Pittsburgh, PA 15219

EXECUTED ON:  February 26, 2023

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
Nicotero & Lowden Legal Services
3948 Monroeville Blvd., Ste 2
Monroeville, PA 15146
lowdenscott@gmail.com
(412) 292-4254