FILED
3/17/23 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21472 GLT |
| | ) | |
| April Lynn DeVore | ) | |
| | ) | Chapter 13 |
| Debtor(s), | ) | |
| April Lynn DeVore | ) | |
| | ) | Doc No. 110 |
| Movant(s), | ) | |
| | ) | |
| No Respondent | ) | |
| Respondent(s) | ) | |

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, April Lynn DeVore hereby substitutes Scott R. Lowden, Esq., 100 Heathmore Avenue, Pittsburgh PA 15227, State Bar No. PA I.D. 72116 as counsel of record in place of Scott R. Lowden, Esq., Nicotero & Lowden, P.C., 3948 Monroeville Blvd., Suite 2, Monroeville, PA 15146.

Contact information for new counsel is as follows:

    Firm Name: Scott R. Lowden, Esq.

    Address: 100 Heathmore Avenue, Pittsburgh, PA 15227

    Telephone: (412) 292-4254

    E-Mail:  lowdenscott@gmail.com

I consent to the above substitution and hereby assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC.  The terms of the new representation shall be identical to

1

the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ April Lynn DeVore
April Lynn DeVore, Debtor

/s/
_____, Joint Debtor

The law firm of Nicotero & Lowden, PC consents to being substituted and hereby assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC. The terms of the new representation shall be identical to the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
PA ID 72116

/s/ Joseph F. Nicotero
Joseph Nicotero, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
PA ID

Scott R. Lowden, Esq., consents to the above substitution and agrees that all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC. The terms of the new representation shall be identical to the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
PA ID 72116

The Trustee consents to the above substitution and agrees to assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and to remit such fees to Scott R. Lowden, Esq., at 100 Heathmore Avenue, Pittsburgh, PA 15227, and to terminate the distribution of fees to Nicotero & Lowden, PC.

s/ Ronda Winnecour
Ronda Winnecour, Esq.
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

The substitution of attorney is hereby approved and so Ordered, this ___17th___, day of ___March___, 2023

_____
                                    jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:   Case No. 19-21472-GLT
April Lynn DeVore   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Mar 17, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Lynn DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company Inc. cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jblank@pincuslaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Joseph F. Nicotero
    on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor April Lynn DeVore lowdenscott@gmail.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 18