IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Bankruptcy No. 19-21472 JCM |
| April Lynn DeVore : | |
| : | |
| Debtor(s) : | |
| April Lynn DeVore : | Chapter 13 |
| Movant(s) : | |
| : | Related to Document No. 122 |
| v. : | |
| St. Clair Health Corporation : | |
| : | |
| Respondent(s) : | |

**CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12**

      I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) July 5, 2024

St. Clair Health Corporation
Attn: Payroll Manager
1000 Bower Hill Road
Pittsburgh, PA 15243


EXECUTED ON: July 5, 2024

                                                       /s/ Scott R. Lowden
                                                       Scott R. Lowden, Esq.
                                                       PA I.D. 72116
                                                       100 Heathmore Ave.
                                                       Pittsburgh, PA 15227
                                                       lowdenscott@gmail.com
                                                       (412) 292-4254