IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: April Lynn DeVore ) <br> ) <br> ) <br> ) <br> ) <br> Debtor(s).       ) <br> X | Case No. 19-21472 JCM <br><br> Chapter 13 <br><br> Related to Doc. No. 127 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

        a motion to dismiss case or certificate of default requesting dismissal

☒       a plan modification sought by:   April Lynn DeVore

        a motion to lift stay
        as to creditor

☒       Other:    The plan is being modified to cure plan arrears and to provide for additional attorney fees to Scott R. Lowden, Esq. that are available without decreasing the percentage or amount to be paid to other creditors through the plan.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

        Chapter 13 Plan dated
x       Amended Chapter 13 Plan dated    June 28, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

        x       Debtor(s) Plan payments shall be changed from $_____ to

-1-

    $_____ per <u>Month</u>, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

- ❑  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑  Debtor(s) shall file and serve _____ on or before _____.

- ❑  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒  Other: There are funds available pursuant to the confirmed plan Scott R. Lowden, Esq. in the amount of $3,500.00 above the prior attorney fees awarded by Order of Court DN 66. A final Fee Application shall be filed by counsel for the Debtor that will be limited to the total additional amount of $3,500.00. There is no change in the Debtor's plan payment or term required.

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  9th  day of        August        , 2024

Dated:  August 9, 2024

John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
8/9/24 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Scott R. Lowden
Scott R. Lowden - Counsel to Debtor
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Stipulated by:

/s/ James Warmbrodt
James Warmbrodt, Esq.
Counsel to Chapter 13 Trustee
600 Grant Street
Suite 3250 US Steel Tower
Pittsburgh, PA 15219

**Stipulated by:**

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
April Lynn DeVore  
Debtor

Case No. 19-21472-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Lynn DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| cr | + | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 15072486 | | BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 15031224 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 15031230 | + | Eli Milis, 2907 Canterbury Drive, Imperial, PA 15126-9193 |
| 15031231 | + | Fed Loan Services / Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |
| 15031236 | + | Linda DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| 15031242 | + | Penn Hills Twp., Penn Hills SD, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 15031244 | + | Plum Borough School District, 4555 New Texas Road, Pittsburgh, PA 15239-1166 |
| 15071428 | + | Plum Borough School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., STE 503, Pittsburgh, PA 15219-1308 |
| 15031245 | + | Solomon Boswell, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15031246 | + | State Collection Service/Magee Hospital, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |
| 15073780 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2024 00:22:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2024 01:04:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15031223 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 10 2024 00:03:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 15058984 | | Email/Text: ally@ebn.phinsolutions.com | Aug 10 2024 00:03:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15031225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2024 00:08:53 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15052367 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2024 00:08:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2024 00:08:09 | Capital One Bank USA, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:35:45 | CareCredit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15302705 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2024 00:03:00 | Community Loan Servicing, LLC, 4425 Ponce De |

Case 19-21472-JCM    Doc 129    Filed 08/11/24    Entered 08/12/24 00:24:25    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15031228 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 10 2024 00:03:00 | Credit Management Co., Premier Medical Assoc., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15031229 | + | Email/Text: G06041@att.com | Aug 10 2024 00:03:00 | Directv, PO Box 6550, Englewood, CO 80155-6550 |
| 15070901 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 10 2024 00:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15496551 | + | Email/Text: EBN@edfinancial.com | Aug 10 2024 00:03:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031232 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 10 2024 00:03:00 | First National Bank, 4140 East State St., Hermitage, PA 16148-3401 |
| 15031233 | + | Email/Text: crdept@na.firstsource.com | Aug 10 2024 00:03:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15031234 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 10 2024 00:03:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15031235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:08:32 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15031237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:08:11 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15492322 | + | Email/Text: bkteam@selenefinance.com | Aug 10 2024 00:03:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15031238 | + | Email/Text: bankruptcy@sccompanies.com | Aug 10 2024 00:04:00 | Montgomery Ward, 1112 7th Ave., Monroe, WI 53566-1364 |
| 15052753 | + | Email/Text: bankruptcy@sccompanies.com | Aug 10 2024 00:04:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15031240 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2024 00:03:00 | PA Department of Revenue*, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031239 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2024 00:03:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15093076 | + | Email/PDF: ebnotices@pnmac.com | Aug 10 2024 00:21:06 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15072597 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2024 00:20:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15041080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031243 | + | Email/PDF: ebnotices@pnmac.com | Aug 10 2024 00:08:16 | PennyMac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15059055 | + | Email/Text: ebnpeoples@grblaw.com | Aug 10 2024 00:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15031690 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2024 00:08:55 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15031247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2024 00:21:15 | The Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15031249 | ^ | MEBN | Aug 09 2024 23:48:09 | UPMC Health Services, PO Box 371472, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15250-7472 |
| 15067103 | | Email/Text: BNCnotices@dcmservices.com | Aug 10 2024 00:03:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15574758 | + | Email/Text: EBN@edfinancial.com | Aug 10 2024 00:03:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031250 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:34:04 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15031251 | + | Email/Text: documentfiling@lciinc.com | Aug 10 2024 00:03:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | | Plum Borough School District C/O Weiss Burkardt Kr, 445 Fort Pitt Blvd. Ste. 503, Pittsburgh |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15068865 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15045962 | ##+ | Borough of Plum, C/O Plum Borough Property Tax, 4555 New Texas Rd., Pittsburgh, PA 15239-1166 |
| 15031241 | ##+ | Patenaude & Felix, APC, 4545 Murphy Canyon Rd., 3rd Floor, San Diego, CA 92123-4363 |
| 15031248 | ##+ | The Physical Therapy Institute, 480 Johnson Road, Ste 303, Washington, PA 15301-8936 |

TOTAL: 4 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 48 |

Denise Carlon
    on behalf of Creditor Pennymac Loan Services LLC dcarlon@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jerome B. Blank
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Joseph F. Nicotero
    on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor April Lynn DeVore lowdenscott@gmail.com

Thomas Song
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com,
    jburkardt@wbklegal.com

TOTAL: 19