IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Bankruptcy No. 19-21472 JCM | |
| April Lynn DeVore : | | |
| : | | |
| : | Chapter 13 | |
| Debtor(s) : | | |
| ============================== : | Related to Doc No. 130 | |
| Scott R. Lowden, Esq., : | | |
| Applicant, : | | |
| v. : | Hearing: 10/8/24 at 1:30 PM | |
| No Respondent : | | |
| Respondent : | | |

### CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 11, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than September 28, 2024.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:   September 30, 2024

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
100 Heathmore Ave.,
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com
PA. ID 72116