IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21472 JCM |
| | ) | |
| April Lynn DeVore | ) | Chapter 13 |
| | ) | |
| | ) | Notice of Change of Address |
| Debtor(s) | ) | |
| April Lynn DeVore | ) | |
| | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| No Respondents | ) | |
| Respondent(s) | ) | |

THE DEBTOR'S PREVIOUS MAILING ADDRESS WAS:

Name:       April Lynn DeVore

Street:       7647 Saltsburg Road
                Pittsburgh, PA 15239


PLEASE BE ADVISED THAT AS OF <u>December 12, 2024</u> THE DEBTOR('S')
NEW MAILING ADDRESS IS:

Name:       April Lynn DeVore

Street:       107 Yosemite Drive
                Pittsburgh, PA 15235


Date: December 12, 2024                    /s/ Scott R. Lowden
                                                           Scott R. Lowden, Esquire
                                                           Attorney for Debtor
                                                           PA ID 72116
                                                           100 Heathmore Avenue
                                                           Pittsburgh, PA 15227
                                                           lowdenscott@gmail.com
                                                           (412) 292-4254