**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: April Lynn DeVore** ) | |
| ) | **Case No. 19-21472 JCM** |
| ) | |
| ) | **Chapter 13** |
| ) | |
| **Debtor(s).** ) | |
| X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

      a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by:   April Lynn DeVore

      a motion to lift stay
      as to creditor  _____

☒      Other:   The plan is being modified to provide for the Notice of Mortgage Payment Change filed by MCLP Asset Company, Inc. CL# 13.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

      Chapter 13 Plan dated  _____
☒      Amended Chapter 13 Plan dated   June 28, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x      Debtor(s) Plan payments shall be changed from $ 2,863.00  to $ 3,265.00 per Month, effective  December 2025; and/or the Plan term shall be changed from _____ months to _____ months.

-1-

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>MCLP Asset Company, Inc. CL# 13 governs following all NMPC of record with the monthly payment to be $1,752.25 per month beginning 12/1/2025. The Debtor is not required to file a separate Response to the NMPC filed on 10/28/2025.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ____ day of _____, 2025

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

 /s/ Scott R. Lowden                                         /s/ Jim Warmbrodt
Scott R. Lowden - Counsel to Debtor        Jim Warmbrodt, Esq.
PA ID 72116                                                   Counsel to Chapter 13 Trustee
100 Heathmore Avenue                                600 Grant Street
Pittsburgh, PA 15227                                    Suite 3250 US Steel Tower
(412) 292-4254                                              Pittsburgh, PA 15219
lowdenscott@gmail.com

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk