IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No 19-21472 JCM | |
| April Lynn DeVore ) | | |
| ) | Chapter 13 | |
| Debtor(s) ) | | |
| April Lynn DeVore ) | Related to Doc No. 146 | |
| Movant(s) ) | | |
| vs. ) | | |
| St. Clair Health Corporation ) | | |
| ) | | |
| Respondent(s) ) | | |

## CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12

I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) November 14, 2025

St. Clair Health Corporation
Attn: Payroll Manager
1000 Bower Hill Road
Pittsburgh, PA 15243

EXECUTED ON:  November 14, 2025

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
100 Heathmore Ave.
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254