IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: April Lynn DeVore )
)      **Case No. 19-21472 JCM**
)
)      **Chapter 13**
)
Debtor(s). )      Related to Doc. No. 143
X

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

        a motion to dismiss case or certificate of default requesting dismissal

  ✠      a plan modification sought by:   April Lynn DeVore

        a motion to lift stay
        as to creditor

  ✠      Other:        The plan is being modified to provide for the Notice of Mortgage Payment Change filed by MCLP Asset Company, Inc. CL# 13.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

        Chapter 13 Plan dated
  ☒      Amended Chapter 13 Plan dated   June 28, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

  x      Debtor(s) Plan payments shall be changed from $ 2,863.00  to
        $ 3,265.00 per Month, effective  December 2025; and/or the Plan term shall be
        changed from        months to     months.                       .

-1-

❑　　In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑　　Debtor(s) shall file and serve _____ on or before _____.

❑　　If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑　　If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✠　　Other:  MCLP Asset Company, Inc. CL# 13 governs following all NMPC of record with the monthly payment to be $1,752.25 per month beginning 12/1/2025.  The Debtor is not required to file a separate Response to the NMPC filed on 10/28/2025.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 12th day of _____ November ____, 2025

Dated: ___November 12, 2025___

_____
John C. Melaragno, Judge ʲˡᵐ
United States Bankruptcy Court

SIGNED
11/12/25 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                                    Stipulated by:

/s/ Scott R. Lowden                              /s/ Jim Warmbrodt
Scott R. Lowden - Counsel to Debtor              Jim Warmbrodt, Esq.
PA ID 72116                                      Counsel to Chapter 13 Trustee
100 Heathmore Avenue                             600 Grant Street
Pittsburgh, PA 15227                             Suite 3250 US Steel Tower
(412) 292-4254                                   Pittsburgh, PA 15219
lowdenscott@gmail.com


Stipulated by:

_____



cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 19-21472-JCM

April Lynn DeVore                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                  Page 1 of 4
Date Rcvd: Nov 12, 2025                  Form ID: pdf900                         Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Lynn DeVore, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15072486 | | BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 15031224 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 15031230 | + | Eli Milis, 2907 Canterbury Drive, Imperial, PA 15126-9193 |
| 15031231 | + | Fed Loan Services / Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |
| 15031241 | + | Patenaude & Felix, APC, 4545 Murphy Canyon Rd., 3rd Floor, San Diego, CA 92123-4363 |
| 15031242 | + | Penn Hills Twp., Penn Hills SD, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 15031244 | + | Plum Borough School District, 4555 New Texas Road, Pittsburgh, PA 15239-1166 |
| 15071428 | + | Plum Borough School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., STE 503, Pittsburgh, PA 15219-1308 |
| 15031245 | + | Solomon Boswell, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15031246 | + | State Collection Service/Magee Hospital, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 13 2025 04:10:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 04:09:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2025 04:09:06 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15031223 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 13 2025 04:10:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 15058984 | | Email/Text: ally@ebn.phinsolutions.com | Nov 13 2025 04:10:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15031225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 04:08:38 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15052367 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 04:09:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 04:09:29 | Capital One Bank USA, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 04:09:26 | CareCredit/Synchony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15302705 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

District/off: 0315-2                           User: auto                                   Page 2 of 4
Date Rcvd: Nov 12, 2025                        Form ID: pdf900                              Total Noticed: 49

|  |  |  |
|---|---|---|
| | Nov 13 2025 04:10:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15031228 + Email/Text: bdsupport@creditmanagementcompany.com | Nov 13 2025 04:11:00 | Credit Management Co., Premier Medical Assoc., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15031229 + Email/PDF: ais.dtv.ebn@aisinfo.com | Nov 13 2025 04:28:18 | Directv, PO Box 6550, Englewood, CO 80155-6550 |
| 15070901 + Email/Text: kburkley@bernsteinlaw.com | Nov 13 2025 04:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15496551 + Email/Text: EBN@edfinancial.com | Nov 13 2025 04:10:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031232 + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 13 2025 04:10:00 | First National Bank, 4140 East State St., Hermitage, PA 16148-3401 |
| 15031233 + Email/Text: crdept@na.firstsource.com | Nov 13 2025 04:11:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15031234 + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2025 04:10:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15031235 + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 04:29:22 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15031237 + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 04:08:48 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15492322 + Email/Text: bkteam@selenefinance.com | Nov 13 2025 04:10:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15031238 + Email/Text: bankruptcy@sccompanies.com | Nov 13 2025 04:11:00 | Montgomery Ward, 1112 7th Ave., Monroe, WI 53566-1364 |
| 15052753 + Email/Text: bankruptcy@sccompanies.com | Nov 13 2025 04:11:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15031240 + Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2025 04:10:00 | PA Department of Revenue*, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031239 + Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2025 04:10:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15093076 + Email/PDF: ebnotices@pnmac.com | Nov 13 2025 04:29:26 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15072597 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 04:09:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15041080 Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2025 04:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031243 + Email/PDF: ebnotices@pnmac.com | Nov 13 2025 04:28:17 | PennyMac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15059055 + Email/Text: ebnpeoples@grblaw.com | Nov 13 2025 04:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 16571953 + Email/Text: ebnjts@grblaw.com | Nov 13 2025 04:10:00 | Plum Borough School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15031690 + Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 04:28:18 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

District/off: 0315-2                          User: auto                                      Page 3 of 4
Date Rcvd: Nov 12, 2025                       Form ID: pdf900                                 Total Noticed: 49

| | | | | |
|---|---|---|---|---|
| 15031247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 04:28:19 | The Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15073780 | ^ | MEBN | Nov 13 2025 04:06:44 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15031249 | ^ | MEBN | Nov 13 2025 04:05:04 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15067103 | | Email/Text: BNCnotices@dcmservices.com | Nov 13 2025 04:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15574758 | + | Email/Text: EBN@edfinancial.com | Nov 13 2025 04:10:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031250 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 04:09:22 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15031251 | + | Email/Text: documentfiling@lciinc.com | Nov 13 2025 04:10:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | | Plum Borough School District C/O Weiss Burkardt Kr, 445 Fort Pitt Blvd. Ste. 503, Pittsburgh |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15068865 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15045962 | ##+ | Borough of Plum, C/O Plum Borough Property Tax, 4555 New Texas Rd., Pittsburgh, PA 15239-1166 |
| 15031236 | ##+ | Linda DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| 15031248 | ##+ | The Physical Therapy Institute, 480 Johnson Road, Ste 303, Washington, PA 15301-8936 |

TOTAL: 4 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |

District/off: 0315-2                          User: auto                                    Page 4 of 4

Date Rcvd: Nov 12, 2025                       Form ID: pdf900                                Total Noticed: 49

Brian Nicholas
                    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Brian Nicholas
                    on behalf of Creditor Community Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Charles Griffin Wohlrab
                    on behalf of Creditor MCLP Asset Company  Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
                    on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com

Jerome B. Blank
                    on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jerome B. Blank
                    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jordan Matthew Katz
                    on behalf of Creditor MCLP Asset Company  Inc. jkatz@raslg.com

Joseph F. Nicotero
                    on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
                    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
                    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
                    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
                    on behalf of Debtor April Lynn DeVore lowdenscott@gmail.com

Thomas Song
                    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
                    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Victor Samuel Kustra
                    on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com,
                    jburkardt@wbklegal.com


TOTAL: 20