**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| APRIL LYNN DEVORE | Case No. 19-21472JCM |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| PLUM BOROUGH PROPERTY TAX (RE)* | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR HAS FAILED TO CASH TRUSTEE DISBURSEMENTS FOR PARCEL 739-P-68 TAX YEAR 2018

| | |
|---|---|
| PLUM BOROUGH PROPERTY TAX (RE)* | Court claim# 2-2/Trustee CID# 8 |
| C/O TAX COLLECTOR - CUR & DLNQ YRS | |
| 2000 OLD MINE RD | |
| PITTSBURGH, PA 15239 | |

The Movant further certifies that on 11/20/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | ORIGINAL CREDITOR: |
|---|---|
| APRIL LYNN DEVORE, 107 YOSEMITE DRIVE, PITTSBURGH, PA  15235 | PLUM BOROUGH PROPERTY TAX (RE)*, C/O TAX COLLECTOR - CUR & DLNQ YRS, 2000 OLD MINE RD, PITTSBURGH, PA 15239 |

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, 100 HEATHMORE AVE, PITTSBURGH, PA  1522'

NEW CREDITOR: