**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>APRIL LYNN DEVORE<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>      vs.<br>PLUM BOROUGH PROPERTY TAX (RE)*<br><br>            Respondents | Case No. 19-21472JCM<br><br><br>Chapter 13<br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR HAS NOT CASHED THE TRUSTEE'S DISBURSEMENT CHECKS.
> MAIL HAS NOT BEEN RETURNED.

| | |
|---|---|
| PLUM BOROUGH PROPERTY TAX (RE)*<br>C/O TAX COLLECTOR - CUR & DLNQ YRS<br>2000 OLD MINE RD<br>PITTSBURGH, PA 15239 | Court claim# 2-2/Trustee CID# 31 |

The Movant further certifies that on 11/20/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>APRIL LYNN DEVORE, 107 YOSEMITE DRIVE, PITTSBURGH, PA  15235 | ORIGINAL CREDITOR:<br>PLUM BOROUGH PROPERTY TAX (RE)*,<br>C/O TAX COLLECTOR - CUR & DLNQ YRS,<br>2000 OLD MINE RD, PITTSBURGH, PA 15239 |
| DEBTOR'S COUNSEL:<br>SCOTT R LOWDEN ESQ**, 100 HEATHMORE AVE, PITTSBURGH, PA  1522'<br><br>NEW CREDITOR: | |