IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: April Lynn DeVore | : | Bankruptcy No. 19-21472 JCM | |
| | : | | |
| Debtor(s) | : | | |
| April Lynn DeVore | : | Chapter 13 | |
| | : | | |
| Movant(s) | : | | |
| v. | : | | |
| | : | | |
| No Respondents | : | | |
| Respondent(s) | : | | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtor is not required to pay any Domestic Support Obligations]

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 5/8/2019, at docket number 19, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated: December 10, 2025        /s/ Scott R. Lowden
                                Scott R. Lowden, Esq.
                                PA ID 72116
                                100 Heathmore Avenue
                                Pittsburgh, PA 15227
                                (412) 292-4254
                                lowdenscott@gmail.com