**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　APRIL LYNN DEVORE<br><br>　　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　　vs.<br>APRIL LYNN DEVORE<br><br>　　　Respondents | Case No.19-21472JCM<br><br>Chapter 13<br><br>Related Document No. 152 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　　AND NOW, this ___9th___ day of __December 2025__, it is hereby ORDERED, ADJUDGED, and DECREED that,

St Clair Health Corporation<br>
Attn: Payroll Manager<br>
100 Bower Hill Road<br>
Pittsbirgh, PA 15243

is hereby ordered to immediately terminate the attachment of the wages of APRIL LYNN DEVORE, social security number XXX-XX-3484. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of APRIL LYNN DEVORE.

BY THE COURT:

cc: Debtor(s)
　　Debtor(s) Attorney

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
12/9/25 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21472-JCM |
| April Lynn DeVore | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Lynn DeVore, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 11, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Jerome B. Blank
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jordan Matthew Katz
    on behalf of Creditor MCLP Asset Company Inc. jkatz@raslg.com

Joseph F. Nicotero
    on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor April Lynn DeVore lowdenscott@gmail.com

Thomas Song
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com,
    jburkardt@wbklegal.com

TOTAL: 20