| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **APRIL LYNN DEVORE** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 19-21472JCM |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made    12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** MCLP ASSET COMPANY INC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 8 8

**Property Address:** 7647 SALTSBURG RD
Number    Street

PITTSBURGH    PA    15239
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 2,954.42 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 2,954.42 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. | Total amount of arrearages disbursed by the trustee: | $ 2,954.42 |

### Part 4: Postpetition Payment

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 97,449.93

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>December 2025</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date: 01/22/2026

Trustee: Ronda J. Winnecour
First Name   Middle Name   Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number   Street

PITTSBURGH    PA    15219
City           State  ZIP Code

Contact phone (412) 471-5566    Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DEVORE** | Case Number **19-21472JCM** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 13 | MCLP ASSET COMPANY INC | 08/25/2023 | 1277117 | Amounts Disbursed To Creditor | 269.49 |
| 13 | MCLP ASSET COMPANY INC | 10/25/2023 | 1282581 | Amounts Disbursed To Creditor | 162.91 |
| 13 | MCLP ASSET COMPANY INC | 11/27/2023 | 1285258 | Amounts Disbursed To Creditor | 83.79 |
| 13 | MCLP ASSET COMPANY INC | 12/21/2023 | 1287851 | Amounts Disbursed To Creditor | 83.63 |
| 13 | MCLP ASSET COMPANY INC | 01/26/2024 | 1290526 | Amounts Disbursed To Creditor | 128.24 |
| 13 | MCLP ASSET COMPANY INC | 02/26/2024 | 1293193 | Amounts Disbursed To Creditor | 128.00 |
| 13 | MCLP ASSET COMPANY INC | 03/26/2024 | 1295840 | Amounts Disbursed To Creditor | 127.75 |
| 13 | MCLP ASSET COMPANY INC | 04/25/2024 | 1298492 | Amounts Disbursed To Creditor | 516.44 |
| 13 | MCLP ASSET COMPANY INC | 05/29/2024 | 1301201 | Amounts Disbursed To Creditor | 124.55 |
| 13 | MCLP ASSET COMPANY INC | 06/25/2024 | 1303737 | Amounts Disbursed To Creditor | 124.30 |
| 13 | MCLP ASSET COMPANY INC | 12/23/2024 | 1318997 | Amounts Disbursed To Creditor | 197.74 |
| 13 | MCLP ASSET COMPANY INC | 03/26/2025 | 1326406 | Amounts Disbursed To Creditor | 178.45 |
| 13 | MCLP ASSET COMPANY INC | 04/25/2025 | 1328874 | Amounts Disbursed To Creditor | 56.65 |
| 13 | MCLP ASSET COMPANY INC | 06/25/2025 | 1333732 | Amounts Disbursed To Creditor | 111.17 |
| 13 | MCLP ASSET COMPANY INC | 07/25/2025 | 1336210 | Amounts Disbursed To Creditor | 442.07 |
| 13 | MCLP ASSET COMPANY INC | 08/26/2025 | 1338623 | Amounts Disbursed To Creditor | 56.03 |
| 13 | MCLP ASSET COMPANY INC | 09/25/2025 | 1341031 | Amounts Disbursed To Creditor | 163.21 |

Total for Claim Number 13: 2,954.42

**Total for Part 3 - b (Prepetition Arrears): 2,954.42**

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 13 | BAYVIEW LOAN SERVICING LLC** | 06/25/2019 | 1121442 | Amounts Disbursed To Creditor | 2,058.97 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 07/29/2019 | 1124926 | Amounts Disbursed To Creditor | 1,124.68 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 08/27/2019 | 1128356 | Amounts Disbursed To Creditor | 1,086.50 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 09/24/2019 | 1131798 | Amounts Disbursed To Creditor | 1,128.65 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 10/24/2019 | 1135034 | Amounts Disbursed To Creditor | 1,121.74 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 11/25/2019 | 1138492 | Amounts Disbursed To Creditor | 1,207.91 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 12/23/2019 | 1141937 | Amounts Disbursed To Creditor | 828.41 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 01/28/2020 | 1145294 | Amounts Disbursed To Creditor | 1,121.08 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 02/25/2020 | 1148806 | Amounts Disbursed To Creditor | 773.72 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 03/23/2020 | 1152354 | Amounts Disbursed To Creditor | 788.25 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 04/27/2020 | 1155812 | Amounts Disbursed To Creditor | 797.07 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 05/26/2020 | 1159208 | Amounts Disbursed To Creditor | 1,099.08 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 06/26/2020 | 1162581 | Amounts Disbursed To Creditor | 1,905.15 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 07/29/2020 | 1165777 | Amounts Disbursed To Creditor | 1,277.74 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 08/25/2020 | 1168846 | Amounts Disbursed To Creditor | 1,402.87 |
| 13 | BAYVIEW LOAN SERVICING LLC** | 09/28/2020 | 1171928 | Amounts Disbursed To Creditor | 1,076.49 |
| 13 | COMMUNITY LOAN SERVICING LLC | 10/26/2020 | 1175416 | Amounts Disbursed To Creditor | 1,098.48 |
| 13 | COMMUNITY LOAN SERVICING LLC | 11/24/2020 | 1178513 | Amounts Disbursed To Creditor | 1,035.56 |
| 13 | COMMUNITY LOAN SERVICING LLC | 12/21/2020 | 1181501 | Amounts Disbursed To Creditor | 552.72 |
| 13 | COMMUNITY LOAN SERVICING LLC | 01/25/2021 | 1184431 | Amounts Disbursed To Creditor | 1,660.73 |
| 13 | COMMUNITY LOAN SERVICING LLC | 02/22/2021 | 1187506 | Amounts Disbursed To Creditor | 1,021.28 |
| 13 | COMMUNITY LOAN SERVICING LLC | 03/26/2021 | 1190753 | Amounts Disbursed To Creditor | 1,657.00 |
| 13 | COMMUNITY LOAN SERVICING LLC | 04/26/2021 | 1194070 | Amounts Disbursed To Creditor | 1,104.15 |
| 13 | COMMUNITY LOAN SERVICING LLC | 05/25/2021 | 1197208 | Amounts Disbursed To Creditor | 1,140.53 |
| 13 | COMMUNITY LOAN SERVICING LLC | 06/25/2021 | 1200023 | Amounts Disbursed To Creditor | 1,168.03 |
| 13 | COMMUNITY LOAN SERVICING LLC | 07/26/2021 | 1203245 | Amounts Disbursed To Creditor | 1,852.11 |
| 13 | COMMUNITY LOAN SERVICING LLC | 08/26/2021 | 1206364 | Amounts Disbursed To Creditor | 1,507.87 |
| 13 | COMMUNITY LOAN SERVICING LLC | 09/24/2021 | 1209527 | Amounts Disbursed To Creditor | 1,375.69 |
| 13 | COMMUNITY LOAN SERVICING LLC | 10/25/2021 | 1212619 | Amounts Disbursed To Creditor | 1,303.01 |
| 13 | COMMUNITY LOAN SERVICING LLC | 11/22/2021 | 1215654 | Amounts Disbursed To Creditor | 1,202.72 |
| 13 | COMMUNITY LOAN SERVICING LLC | 12/23/2021 | 1218720 | Amounts Disbursed To Creditor | 1,190.88 |
| 13 | COMMUNITY LOAN SERVICING LLC | 01/26/2022 | 1221788 | Amounts Disbursed To Creditor | 1,773.19 |
| 13 | COMMUNITY LOAN SERVICING LLC | 02/23/2022 | 1224744 | Amounts Disbursed To Creditor | 1,491.15 |
| 13 | COMMUNITY LOAN SERVICING LLC | 03/25/2022 | 1227612 | Amounts Disbursed To Creditor | 1,392.73 |
| 13 | COMMUNITY LOAN SERVICING LLC | 04/26/2022 | 1230647 | Amounts Disbursed To Creditor | 1,346.13 |
| 13 | COMMUNITY LOAN SERVICING LLC | 05/25/2022 | 1233689 | Amounts Disbursed To Creditor | 822.44 |
| 13 | MCLP ASSET COMPANY INC | 06/27/2022 | 1237813 | Amounts Disbursed To Creditor | 1,967.11 |
| 13 | MCLP ASSET COMPANY INC | 07/26/2022 | 1240758 | Amounts Disbursed To Creditor | 326.50 |
| 13 | MCLP ASSET COMPANY INC | 08/24/2022 | 1243650 | Amounts Disbursed To Creditor | 1,305.81 |
| 13 | COMMUNITY LOAN SERVICING LLC | 09/20/2022 | 1233689 | Cancelled Check To Creditor/Continuing De | -822.44 |
| 13 | MCLP ASSET COMPANY INC | 09/27/2022 | 1246515 | Amounts Disbursed To Creditor | 1,954.93 |
| 13 | MCLP ASSET COMPANY INC | 10/25/2022 | 1249348 | Amounts Disbursed To Creditor | 697.28 |
| 13 | MCLP ASSET COMPANY INC | 11/23/2022 | 1252119 | Amounts Disbursed To Creditor | 1,697.15 |
| 13 | MCLP ASSET COMPANY INC | 12/22/2022 | 1254887 | Amounts Disbursed To Creditor | 1,320.13 |
| 13 | MCLP ASSET COMPANY INC | 01/26/2023 | 1257615 | Amounts Disbursed To Creditor | 2,009.63 |

| Debtor 1 | **DEVORE** | | | Case Number **19-21472JCM** | Page 2 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 13 | MCLP ASSET COMPANY INC | 02/23/2023 | 1260236 | Amounts Disbursed To Creditor | 702.02 |
| 13 | MCLP ASSET COMPANY INC | 03/28/2023 | 1263002 | Amounts Disbursed To Creditor | 1,404.03 |
| 13 | MCLP ASSET COMPANY INC | 04/25/2023 | 1265825 | Amounts Disbursed To Creditor | 1,456.83 |
| 13 | MCLP ASSET COMPANY INC | 05/25/2023 | 1268673 | Amounts Disbursed To Creditor | 2,187.00 |
| 13 | MCLP ASSET COMPANY INC | 06/26/2023 | 1271578 | Amounts Disbursed To Creditor | 1,450.60 |
| 13 | MCLP ASSET COMPANY INC | 07/25/2023 | 1274344 | Amounts Disbursed To Creditor | 723.52 |
| 13 | MCLP ASSET COMPANY INC | 08/25/2023 | 1277117 | Amounts Disbursed To Creditor | 1,881.03 |
| 13 | MCLP ASSET COMPANY INC | 09/26/2023 | 1279867 | Amounts Disbursed To Creditor | 727.56 |
| 13 | MCLP ASSET COMPANY INC | 10/20/2023 | 1271578 | Cancelled Check To Creditor/Continuing De | -1,450.60 |
| 13 | MCLP ASSET COMPANY INC | 10/20/2023 | 1281057 | Prewritten Check To Creditor/Continuing De | 1,450.60 |
| 13 | MCLP ASSET COMPANY INC | 10/25/2023 | 1282581 | Amounts Disbursed To Creditor | 1,852.68 |
| 13 | MCLP ASSET COMPANY INC | 11/27/2023 | 1285258 | Amounts Disbursed To Creditor | 1,290.12 |
| 13 | MCLP ASSET COMPANY INC | 12/21/2023 | 1287851 | Amounts Disbursed To Creditor | 1,290.12 |
| 13 | MCLP ASSET COMPANY INC | 01/26/2024 | 1290526 | Amounts Disbursed To Creditor | 1,147.83 |
| 13 | MCLP ASSET COMPANY INC | 02/26/2024 | 1293193 | Amounts Disbursed To Creditor | 1,147.83 |
| 13 | MCLP ASSET COMPANY INC | 03/26/2024 | 1295840 | Amounts Disbursed To Creditor | 1,147.83 |
| 13 | MCLP ASSET COMPANY INC | 04/25/2024 | 1298492 | Amounts Disbursed To Creditor | 1,147.83 |
| 13 | MCLP ASSET COMPANY INC | 05/29/2024 | 1301201 | Amounts Disbursed To Creditor | 1,147.83 |
| 13 | MCLP ASSET COMPANY INC | 06/25/2024 | 1303737 | Amounts Disbursed To Creditor | 1,147.83 |
| 13 | MCLP ASSET COMPANY INC | 07/25/2024 | 1306331 | Amounts Disbursed To Creditor | 56.53 |
| 13 | MCLP ASSET COMPANY INC | 08/26/2024 | 1308911 | Amounts Disbursed To Creditor | 1,467.85 |
| 13 | MCLP ASSET COMPANY INC | 09/25/2024 | 1311497 | Amounts Disbursed To Creditor | 1,365.35 |
| 13 | MCLP ASSET COMPANY INC | 10/25/2024 | 1314026 | Amounts Disbursed To Creditor | 1,193.28 |
| 13 | MCLP ASSET COMPANY INC | 11/25/2024 | 1316593 | Amounts Disbursed To Creditor | 1,248.44 |
| 13 | MCLP ASSET COMPANY INC | 12/23/2024 | 1318997 | Amounts Disbursed To Creditor | 1,555.53 |
| 13 | MCLP ASSET COMPANY INC | 01/28/2025 | 1321492 | Amounts Disbursed To Creditor | 658.51 |
| 13 | MCLP ASSET COMPANY INC | 02/25/2025 | 1323926 | Amounts Disbursed To Creditor | 1,337.33 |
| 13 | MCLP ASSET COMPANY INC | 03/26/2025 | 1326406 | Amounts Disbursed To Creditor | 1,606.38 |
| 13 | MCLP ASSET COMPANY INC | 04/25/2025 | 1328874 | Amounts Disbursed To Creditor | 1,200.74 |
| 13 | MCLP ASSET COMPANY INC | 05/23/2025 | 1331296 | Amounts Disbursed To Creditor | 739.31 |
| 13 | MCLP ASSET COMPANY INC | 06/25/2025 | 1333732 | Amounts Disbursed To Creditor | 1,662.17 |
| 13 | MCLP ASSET COMPANY INC | 07/25/2025 | 1336210 | Amounts Disbursed To Creditor | 1,200.74 |
| 13 | MCLP ASSET COMPANY INC | 08/26/2025 | 1338623 | Amounts Disbursed To Creditor | 1,200.74 |
| 13 | MCLP ASSET COMPANY INC | 09/25/2025 | 1341031 | Amounts Disbursed To Creditor | 1,200.74 |
| 13 | MCLP ASSET COMPANY INC | 10/24/2025 | 1343510 | Amounts Disbursed To Creditor | 1,105.39 |
| 13 | MCLP ASSET COMPANY INC | 11/21/2025 | 1345814 | Amounts Disbursed To Creditor | 1,293.10 |
| 13 | MCLP ASSET COMPANY INC | 12/23/2025 | 1348154 | Amounts Disbursed To Creditor | 554.50 |
| | | | | Total for Claim Number 13: | 97,449.93 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **97,449.93** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| APRIL LYNN DEVORE<br>107 YOSEMITE DRIVE<br>PITTSBURGH, PA 15235 | SCOTT R LOWDEN ESQ**<br>100 HEATHMORE AVE<br>PITTSBURGH, PA 15227 |
| MCLP ASSET COMPANY INC<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX 75019 | ROBERTSON ANSCHUTZ SCHNEID CRANE &<br>PARTNERS PLLC<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA, GA 30004 |

Dated: 01/22/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee