UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:  CASE NO.: 19-21472-JCM
CHAPTER 13

April Lynn DeVore,
   Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of MCLP ASSET COMPANY, INC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Sherri Dicks, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorneys for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA  30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Sherri Dicks
   Sherri Dicks, Esquire
   Pennsylvania Bar No. 90600
   Email: sdicks@raslg.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on January 22, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

APRIL LYNN DEVORE
107 YOSEMITE DRIVE
PITTSBURGH, PA 15235

And via electronic mail to:

SCOTT R. LOWDEN, ESQ
100 HEATHMORE AVENUE
GREENSBURG, PA 15106

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222

                                                                    By: /s/ Angela Zuelke