**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| APRIL LYNN DEVORE | Case No.:19-21472 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 04/10/2019 and confirmed on 5/28/19. The case was subsequently Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 215,154.17 |
| Less Refunds to Debtor | 2,502.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 212,651.78 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 10,500.00 | |
|   Trustee Fee | 11,033.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,533.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MCLP ASSET COMPANY INC | 0.00 | 97,449.93 | 0.00 | 97,449.93 |
|     Acct: 5088 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 76,173.20 | 0.00 | 76,173.20 |
|     Acct: 0961 | | | | |
|   MCLP ASSET COMPANY INC | 2,954.42 | 2,954.42 | 0.00 | 2,954.42 |
|     Acct: 5088 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 3,376.85 | 3,376.85 | 0.00 | 3,376.85 |
|     Acct: 0961 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,452.15 | 1,452.15 | 467.58 | 1,919.73 |
|     Acct: 3484 | | | | |
|   PLUM BOROUGH PROPERTY TAX (RE)* | 152.92 | 152.92 | 119.38 | 272.30 |
|     Acct: 9P68 | | | | |
|   PLUM BOROUGH PROPERTY TAX (RE)* | 75.74 | 75.74 | 0.00 | 75.74 |
|     Acct: 9P68 | | | | |
|   PLUM BOROUGH SD (PLUM) (RE) | 567.65 | 567.65 | 494.05 | 1,061.70 |
|     Acct: 9P68 | | | | |
|   PLUM BOROUGH SD (PLUM) (RE) | 121.57 | 121.57 | 0.00 | 121.57 |
|     Acct: 9P68 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 183,405.44 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   APRIL LYNN DEVORE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   APRIL LYNN DEVORE | 2,502.39 | 2,502.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC** | 2,993.37 | 2,993.37 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC** | 3,961.49 | 3,961.49 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/20 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | SCOTT R LOWDEN ESQ** | 6.63 | 6.63 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SCOTT R LOWDEN ESQ** | 38.51 | 38.51 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5/20 | | | | |
| | SCOTT R LOWDEN ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX1/24 | | | | |
| | ALLY BANK LEASE TRUST** | 7,017.79 | 7,017.79 | 0.00 | 7,017.79 |
| | Acct: 8235 | | | | |
| | INTERNAL REVENUE SERVICE* | 245.00 | 245.00 | 0.00 | 245.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 191.00 | 191.00 | 0.00 | 191.00 |
| | Acct: 3484 | | | | |
| | PENN HILLS SD & PENN HILLS MUNIC (EIT | 259.54 | 259.54 | 0.00 | 259.54 |
| | Acct: 3484 | | | | |
| | ALLY BANK LEASE TRUST** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8235 | | | | |
| | | | | | 7,713.33 |
| Unsecured | | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,394.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 0900 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 4,224.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 0073 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | US DEPARTMENT OF EDUCATION | 19,724.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 3484 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 100.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 6606 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 3,432.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 7433 | | | | |
| | MONTGOMERY WARD** | 1,268.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 4290 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 10,821.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 7389 | | | | |
| | PHYSICAL THERAPY INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC HEALTH SERVICES | 695.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 3484 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 3,528.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 4464 | | | | |
| | XFINITY CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 492.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 8040 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 94.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 9342 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2709 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SOLOMON BOSWELL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | YMCA | 0.00 | 0.00 | 0.00 | 0.00 |

19-21472                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | ELI MILLS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LINDA DEVORE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS SONG ESQ FOR JODI L HAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WEISS BURKARDT KRAMER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 191,118.77 |

TOTAL CLAIMED
PRIORITY       7,713.33
SECURED       8,701.30
UNSECURED    47,778.30

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    APRIL LYNN DEVORE

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-21472

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21472-JCM |
| April Lynn DeVore | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Lynn DeVore, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15072486 | | BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 15031224 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 15031230 | + | Eli Milis, 2907 Canterbury Drive, Imperial, PA 15126-9193 |
| 15031231 | + | Fed Loan Services / Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |
| 15031241 | + | Patenaude & Felix, APC, 4545 Murphy Canyon Rd., 3rd Floor, San Diego, CA 92123-4363 |
| 15031242 | + | Penn Hills Twp., Penn Hills SD, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 15071428 | + | Plum Borough School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., STE 503, Pittsburgh, PA 15219-1308 |
| 15031244 | + | Plum Borough School District, 4555 New Texas Road, Pittsburgh, PA 15239-1166 |
| 15031245 | + | Solomon Boswell, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15031246 | + | State Collection Service/Magee Hospital, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 28 2026 00:22:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2026 00:27:40 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15031223 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2026 00:22:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 15058984 | | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2026 00:22:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15031225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2026 00:27:35 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15052367 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2026 00:27:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2026 00:27:58 | Capital One Bank USA, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2026 00:27:49 | CareCredit/Synchony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15302705 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jan 28 2026 00:23:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15031228 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 28 2026 00:23:00 | Credit Management Co., Premier Medical Assoc., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15031229 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | Jan 28 2026 00:27:42 | Directv, PO Box 6550, Englewood, CO 80155-6550 |
| 15070901 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 28 2026 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15496551 | + | Email/Text: EBN@edfinancial.com | Jan 28 2026 00:22:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031232 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 28 2026 00:22:00 | First National Bank, 4140 East State St., Hermitage, PA 16148-3401 |
| 15031233 | + | Email/Text: crdept@na.firstsource.com | Jan 28 2026 00:23:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15031234 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2026 00:23:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15031235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2026 00:27:58 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15031237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2026 00:27:32 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 16629669 | + | Email/Text: RASEBN@raslg.com | Jan 28 2026 00:22:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15492322 | + | Email/Text: bkteam@selenefinance.com | Jan 28 2026 00:23:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15031238 | + | Email/Text: bankruptcy@sccompanies.com | Jan 28 2026 00:23:00 | Montgomery Ward, 1112 7th Ave., Monroe, WI 53566-1364 |
| 15052753 | + | Email/Text: bankruptcy@sccompanies.com | Jan 28 2026 00:23:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15031240 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2026 00:23:00 | PA Department of Revenue*, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031239 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2026 00:23:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15093076 | + | Email/PDF: ebnotices@pnmac.com | Jan 28 2026 00:27:53 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15072597 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15041080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2026 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031243 | + | Email/PDF: ebnotices@pnmac.com | Jan 28 2026 00:38:38 | PennyMac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15059055 | + | Email/Text: ebnpeoples@grblaw.com | Jan 28 2026 00:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 16571953 | + | Email/Text: ebnjts@grblaw.com | Jan 28 2026 00:22:00 | Plum Borough School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 15031690 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2026 00:27:45 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15031247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2026 00:38:40 | The Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15073780 | ^ | MEBN | Jan 28 2026 00:18:51 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15031249 | ^ | MEBN | Jan 28 2026 00:19:20 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15067103 |   | Email/Text: BNCnotices@dcmservices.com | Jan 28 2026 00:23:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15574758 | + | Email/Text: EBN@edfinancial.com | Jan 28 2026 00:22:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031250 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2026 00:27:57 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15031251 | + | Email/Text: documentfiling@lciinc.com | Jan 28 2026 00:22:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | | Plum Borough School District C/O Weiss Burkardt Kr, 445 Fort Pitt Blvd. Ste. 503, Pittsburgh |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15068865 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15045962 | ##+ | Borough of Plum, C/O Plum Borough Property Tax, 4555 New Texas Rd., Pittsburgh, PA 15239-1166 |
| 15031236 | ##+ | Linda DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| 15031248 | ##+ | The Physical Therapy Institute, 480 Johnson Road, Ste 303, Washington, PA 15301-8936 |

TOTAL: 4 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 50

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jordan Matthew Katz | on behalf of Creditor MCLP Asset Company Inc. jkatz@raslg.com |
| Joseph F. Nicotero | on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor April Lynn DeVore lowdenscott@gmail.com |
| Sherri R Dicks | on behalf of Creditor MCLP Asset Company Inc. sdicks@raslg.com |
| Thomas Song | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |
| Victor Samuel Kustra | on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |

TOTAL: 21