**Fill in this information to identify the case:**

Debtor 1        April Lynn DeVore

Debtor 2

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number :    19-21472

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made      12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

**Part 1:**    **Mortgage Information**

**Name of creditor:**  <u>MCLP ASSET COMPANY, INC.</u>          **Court claim no.**                      <u>13</u>
                                                                                                   (if known):

**Last 4 digits** of any number you use to identify the debtor's account:  <u>5088</u>

**Property Address:**   <u>7647 Saltsburg Road</u>
                                    <u>Pittsburgh, PA 15239</u>

**Part : 2**    **Arrearages**

The total amount received to cure any arrearages as of the date of this response: $<u>   2,954.42           </u>.

Check all that apply:
[x] The amount required to cure any prepetition arrearage has been paid in full.

[ ] The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the
      date of this response: $ _____.

[ ] The amount required to cure any postpetition arrearage has been paid in full.

[ ] The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of
      the date of this response: $ _____.

**Part 3:**    **Postpetition Payment**

*(a) Check all that apply:*

[x] The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

[ ] The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the
      postpetition payment(s) that first became due on: _____.

[ ] The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response

| | |
|---|---|
| i. Date last payment was received on the mortgage: | <u>2/17/2026</u> |
| ii. Date next postpetition payment from the debtor is due: | <u>3/1/2026</u> |
| iii. Amount of the next postpetition payment that is due: | <u>$1,752.25</u> |
| iv. Unpaid principal balance of the loan: | <u>$118,985.92</u> |
| v. Additional amounts due for any deferred or accrued interest: | <u>$234.71</u> |
| vi. Balance of the escrow account: | <u>$1,688.11</u> |
| vii. Balance of unapplied funds or funds held in a suspense account: | <u>$0.75</u> |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | <u>$0.00</u> |

Debtor 1  April Lynn DeVore
      First Name          Middle Name         Last Name

Case number (if known)     19-21472

---

**Part 4:**    **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all prepetition and postpetition payments received;

☐ the application of all payments received;

☐ all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and

☐ all amounts the claim holder contends remain unpaid.

---

**Part 5:**    **Sign Here**

**The person completing this response must sign it. Check the appropriate box:**

*Check the appropriate box:*

[ ] I am the claim holder.

[X] I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

  x  /s/ Joshua I. Goldman          Date  2/19/26
     Signature

Name     Joshua         I.         Goldman
          First Name        Middle Name        Last Name

Title     Authorized Agent for Creditor

Company     Padgett Law Group
          Identify the corporate servicer as the company if the authorized agent is a servicer

Address     6267 Old Water Oak Road, Suite 203
          Number        Street

           Tallahassee FL, 32312
          City               State               ZIP Code

Contact phone  (850) 422-2520          Email  plginquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In Re;

April Lynn DeVore                                                    Case No.: 19-21472

Debtor(s)                                                            Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on ____2/19/2026____, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
April Lynn DeVore
107 Yosemite Drive
Pittsburgh, PA 15235

By Electronic Mail

Attorney for Debtor
Scott R. Lowden
Scott R. Lowden, Esq
100 Heathmore Avenue
Pittsburgh, PA 15227

Joseph F. Nicotero
Mears, Smith, Houser & Boyle, P.C.
127 N. Main Street
Greensburg, PA 15106

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

/s/ Joshua I. Goldman
Joshua I. Goldman

Official Form 410C13-NR          **Response to Trustee's Notice of Payments Made**          page 3

April Devore Linda L Devore
PAYOFF STATEMENT
```
                                          SELENE FINANCE LP
                                               P.O. Box 8619
                                     Philadelphia, PA 19101-8619
                                      Telephone (877) 735-3637
                                            Fax (866) 926-5498
                                          www.selenefinance.com

                                      Hours of Operation (CT)
                            Monday - Thursday: 8 a.m. - 9 p.m.
                                    Friday: 8 a.m. - 5 p.m.
```
02-18-26

TO:
     APRIL DEVORE
     1
     April Devore
     Linda L Devore
     107 Yosemite Drive
     Pittsburgh, PA 15235

RE: April Devore
     Linda L Devore
     107 Yosemite Drive
     Pittsburgh, PA 15235

Property Address:
     7647 Saltsburg Rd
     Pittsburgh PA 15239

Loan No:     ████████5088
Loan Type: CONV W/O PMI

**Our records indicate the above referenced account has been impacted
by a bankruptcy filing. If a mortgagor has received a discharge in
bankruptcy, Selene fully acknowledges that such mortgagor has no
personal liability for the debt and is not attempting to collect the
debt from that mortgagor personally. If the account is impacted by an
active bankruptcy case, Selene fully acknowledges the automatic stay
and is not attempting to collect the debt.
THIS NOTICE IS FOR INFORMATION PURPOSES ONLY.**

```
     **********************************************************************
     * ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW *
     **********************************************************************
```

These figures are due through February 19, 2026 and the loan is due for
the March 01, 2026 payment.

| | | |
|---|---|---:|
| The current total Unpaid Principal Balance is: | $ | 118,985.92 |
| Deferred Balance: | $ | .00 |
| Interest Due: | $ | 234.71 |
| Unapplied Balance: | $ | -.75 |
| Recording Fee        : | $ | 181.75 |
| **TOTAL AMOUNT TO PAY LOAN IN FULL:** | **$** | **119,401.63** |

To help combat wire transfer fraud, please confirm the wire
instructions with Selene prior to initiation of the wire transfer.

Funds received on or after February 19, 2026 will require an additional

$ 13.04 interest per day.

If you have an active Principal Reduction Agreement and have met the
requirements for forgiveness, the above deferred balance is not
included in the total, but listed to reflect the remaining
forgiveness amount.

*Pro-Rated MIP Funds are not included in the total payoff amount
when there is a positive escrow balance.  They will be deducted
from any potential escrow refund after payoff funds are applied.

### PAYMENT REMITTANCE INFORMATION
**Please reference loan number, borrower name and property address**

BY OVERNIGHT COURIER:             BY WIRE TRANSFER:
Selene Finance                    Bank:  Wells Fargo Bank NA
Attn: Cashier Dept                Bank ABA: ███████████
3501 Olympus Blvd, Suite 500      Bank Acct: ███████████
Dallas, TX 75019                  Account Name: Selene Finance Payoff
                                                Clearing Account

Please refer to the next page for more information.

███████5088XP002AM5

We reserve the right to correct any portion of this statement at any time. All balances are subject to change as a result of any transactions which occur prior to the application of payoff funds. Accordingly, if Selene Finance has received payment on this account within the prior thirty (30) days and applied those funds to the account for the issuance of this payoff quote, and if for any reason those funds are reversed, including but not limited to insufficient funds or a stop payment being placed on a check, this payoff quote is invalid and a new payoff quote must be obtained from Selene Finance to reflect the correct amount due and owing.

Upon receipt of payoff funds, Selene Finance will verify all amounts due and contact the issuer of the funds in the event of any discrepancies. In the event that the payoff funds received are less than the total amount to satisfy the loan, and there are available funds in your escrow account sufficient to satisfy the payoff, Selene Finance reserves the right to use such funds to pay off the balance of the loan.  If the payoff funds received are less than the total amount required to satisfy the loan and there are not sufficient funds in your escrow account, Selene Finance will return the funds and interest will continue to accrue interest on the loan.

**Issuance of this payoff statement does not suspend the contractual requirement to make loan payments when due. If payoff funds are received after the expiration of the payment grace period, if applicable, a late charge of $ 10.38 may be applied as permitted by applicable law. Please note, late fees are not assessed post-acceleration or post-maturity.**

**If the account is past due, collection expenses and legal fees may be accruing. If this is an Adjustable Rate Note, the per diem may change prior to payoff.**

**If your mortgage payments are automatically drafted (ACH) from your checking or savings account, a written cancellation notice must be received at least thirty (30) business days prior to your monthly mortgage payment due date. You may fax your cancellation notice to (866) 926-5496.**

**Upon receipt of the entire payoff amount, Selene Finance will execute a release and discharge of the Mortgage/Deed of Trust and, if necessary, will file a withdrawal in connection with any legal action taken in attempt to collect this obligation.**

**The current escrow balance is 1,688.11.**
**Property taxes or insurance may be paid after this quote is issued. If such disbursement(s) creates an escrow advance or changes the total payoff amount, they must be paid prior to the application of payoff funds. Upon request, a new payoff quote will be issued. If there is an escrow account for the payment of taxes and/or insurance, after the loan is paid in full, the borrower will be responsible for contacting their insurance agent and/or taxing authority to make appropriate arrangements for the payment of these items, if applicable.**

**Selene will never instruct you to send any funds to a different wiring destination other than via the wire transfer instructions listed here. In the event you receive any instruction or notification from someone representing themselves as Selene or acting on our behalf, do**

not conduct the wire transfer until you contact us directly to verify
the wire instructions. To contact us, please call Customer Service.
If the payoff quote is set to expire and you have not confirmed with
us regarding a change in wiring instructions, please send us your
payment by overnight courier, per the above instructions, rather than
through a wire transfer.

If you have any questions, please contact our Customer Service
Dept. at (877) 735-3637.

If your mailing address has changed, please complete this form and
return it with your payoff funds.

**Name:**_____
   **First**    **Last**

**Loan No:** ██████5088

**New Mailing Address:**_____
      **Street Address**  **City**  **State** **Zip**

**New Phone Numbers -Home:**_____

       **-Business:**_____

█████████5088XP003AM5
**Additional Required Disclosures:**