**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | April Lynn DeVore | Social Security number or ITIN   xxx–xx–3484 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–21472–JCM

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

April Lynn DeVore

3/16/26

**By the court:** John C Melaragno
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W     **Chapter 13 Discharge**     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21472-JCM |
| April Lynn DeVore | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 16, 2026 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | April Lynn DeVore, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15072486 | | BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 15031224 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 15031230 | + | Eli Milis, 2907 Canterbury Drive, Imperial, PA 15126-9193 |
| 15031231 | + | Fed Loan Services / Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |
| 15031241 | + | Patenaude & Felix, APC, 4545 Murphy Canyon Rd., 3rd Floor, San Diego, CA 92123-4363 |
| 15031242 | + | Penn Hills Twp., Penn Hills SD, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 15071428 | + | Plum Borough School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., STE 503, Pittsburgh, PA 15219-1308 |
| 15031244 | + | Plum Borough School District, 4555 New Texas Road, Pittsburgh, PA 15239-1166 |
| 15031245 | + | Solomon Boswell, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15031246 | + | State Collection Service/Magee Hospital, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 17 2026 02:03:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | EDI: PRA.COM | Mar 17 2026 05:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AISACG.COM | Mar 17 2026 05:29:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15031223 | + | EDI: GMACFS.COM | Mar 17 2026 05:29:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 15058984 | | EDI: GMACFS.COM | Mar 17 2026 05:29:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15031225 | + | EDI: CAPITALONE.COM | Mar 17 2026 05:29:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15052367 | | EDI: CAPITALONE.COM | Mar 17 2026 05:29:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

District/off: 0315-2

User: auto

Page 2 of 4

Date Rcvd: Mar 16, 2026

Form ID: 3180W

Total Noticed: 51

| | | | 28272-1083 |
|---|---|---|---|
| 15031226 | + EDI: CAPITALONE.COM | Mar 17 2026 05:29:00 | Capital One Bank USA, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031227 | + EDI: SYNC | Mar 17 2026 05:29:00 | CareCredit/Synchony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15302705 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2026 02:03:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15031228 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 17 2026 02:04:00 | Credit Management Co., Premier Medical Assoc., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15031229 | + EDI: DIRECTV.COM | Mar 17 2026 05:29:00 | Directv, PO Box 6550, Englewood, CO 80155-6550 |
| 15070901 | + Email/Text: kburkley@bernsteinlaw.com | Mar 17 2026 02:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15496551 | + Email/Text: EBN@edfinancial.com | Mar 17 2026 02:03:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031232 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2026 02:03:00 | First National Bank, 4140 East State St., Hermitage, PA 16148-3401 |
| 15031233 | + Email/Text: crdept@na.firstsource.com | Mar 17 2026 02:04:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15031234 | + EDI: IRS.COM | Mar 17 2026 05:29:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15031235 | + EDI: SYNC | Mar 17 2026 05:29:00 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15031237 | + EDI: SYNC | Mar 17 2026 05:29:00 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 16629669 | + Email/Text: RASEBN@raslg.com | Mar 17 2026 02:03:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15492322 | + Email/Text: bkteam@selenefinance.com | Mar 17 2026 02:04:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15031238 | + EDI: CBS7AVE | Mar 17 2026 05:29:00 | Montgomery Ward, 1112 7th Ave., Monroe, WI 53566-1364 |
| 15052753 | + EDI: CBS7AVE | Mar 17 2026 05:29:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15031240 | + EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | PA Department of Revenue*, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031239 | + EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15093076 | + Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:24 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15072597 | EDI: PRA.COM | Mar 17 2026 05:29:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15041080 | EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031243 | + Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:51 | PennyMac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |

District/off: 0315-2                                    User: auto                                    Page 3 of 4

Date Rcvd: Mar 16, 2026                                Form ID: 3180W                                Total Noticed: 51

| 15059055 | + Email/Text: ebnpeoples@grblaw.com | Mar 17 2026 02:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 16571953 | + Email/Text: ebnjts@grblaw.com | Mar 17 2026 02:03:00 | Plum Borough School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15031690 | + EDI: AIS.COM | Mar 17 2026 05:29:00 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15031247 | + EDI: CITICORP | Mar 17 2026 05:29:00 | The Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15073780 | ^ MEBN | Mar 17 2026 01:55:26 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15031249 | ^ MEBN | Mar 17 2026 01:54:49 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15067103 | Email/Text: BNCnotices@dcmservices.com | Mar 17 2026 02:04:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15574758 | + Email/Text: EBN@edfinancial.com | Mar 17 2026 02:03:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031250 | + EDI: SYNC | Mar 17 2026 05:29:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15031251 | + EDI: COMCASTCBLCENT | Mar 17 2026 05:29:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | | Plum Borough School District C/O Weiss Burkardt Kr, 445 Fort Pitt Blvd. Ste. 503, Pittsburgh |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15068865 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15045962 | ##+ | Borough of Plum, C/O Plum Borough Property Tax, 4555 New Texas Rd., Pittsburgh, PA 15239-1166 |
| 15031236 | ##+ | Linda DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| 15031248 | ##+ | The Physical Therapy Institute, 480 Johnson Road, Ste 303, Washington, PA 15301-8936 |

TOTAL: 4 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                    User: auto                              Page 4 of 4

Date Rcvd: Mar 16, 2026                 Form ID: 3180W                         Total Noticed: 51

Date: Mar 18, 2026                      Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Brian Nicholas
> on behalf of Creditor Pennymac Loan Services  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Brian Nicholas
> on behalf of Creditor BAYVIEW LOAN SERVICING  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Brian Nicholas
> on behalf of Creditor Community Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Charles Griffin Wohlrab
> on behalf of Creditor MCLP Asset Company  Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
> on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com

Jerome B. Blank
> on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jerome B. Blank
> on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jordan Matthew Katz
> on behalf of Creditor MCLP Asset Company  Inc. jkatz@raslg.com

Joseph F. Nicotero
> on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com

Joshua I. Goldman
> on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P. Ebeck
> on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Maria Miksich
> on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
> on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
> on behalf of Creditor BAYVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

S. James Wallace
> on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
> on behalf of Debtor April Lynn DeVore lowdenscott@gmail.com

Sherri R Dicks
> on behalf of Creditor MCLP Asset Company  Inc. sdicks@raslg.com

Thomas Song
> on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
> on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Victor Samuel Kustra
> on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 22