## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    APRIL LYNN DEVORE

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-21472

Chapter 13

Document No.:   161

### ORDER OF COURT

AND NOW, this _____16th_____ day of _____March_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/16/26 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 19-21472-JCM

April Lynn DeVore                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                          Page 1 of 4

Date Rcvd: Mar 16, 2026                       Form ID: pdf900                     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | April Lynn DeVore, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15072486 | | BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 15031224 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 15031230 | + | Eli Milis, 2907 Canterbury Drive, Imperial, PA 15126-9193 |
| 15031231 | + | Fed Loan Services / Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |
| 15031241 | + | Patenaude & Felix, APC, 4545 Murphy Canyon Rd., 3rd Floor, San Diego, CA 92123-4363 |
| 15031242 | + | Penn Hills Twp., Penn Hills SD, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 15071428 | + | Plum Borough School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., STE 503, Pittsburgh, PA 15219-1308 |
| 15031244 | + | Plum Borough School District, 4555 New Texas Road, Pittsburgh, PA 15239-1166 |
| 15031245 | + | Solomon Boswell, 107 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15031246 | + | State Collection Service/Magee Hospital, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 17 2026 02:03:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2026 02:07:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2026 02:07:49 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15031223 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2026 02:03:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 15058984 | | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2026 02:03:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15031225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:47 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15052367 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2026 02:07:47 | Capital One Bank USA, PO Box 71083, Charlotte, NC 28272-1083 |
| 15031227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0315-2    User: auto    Page 2 of 4

Date Rcvd: Mar 16, 2026    Form ID: pdf900    Total Noticed: 50

| | | Mar 17 2026 02:07:47 | CareCredit/Synchony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15302705 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2026 02:03:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15031228 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 17 2026 02:04:00 | Credit Management Co., Premier Medical Assoc., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15031229 | + Email/PDF: ais.dtv.ebn@aisinfo.com | Mar 17 2026 02:07:35 | Directv, PO Box 6550, Englewood, CO 80155-6550 |
| 15070901 | + Email/Text: kburkley@bernsteinlaw.com | Mar 17 2026 02:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15496551 | + Email/Text: EBN@edfinancial.com | Mar 17 2026 02:03:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031232 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2026 02:03:00 | First National Bank, 4140 East State St., Hermitage, PA 16148-3401 |
| 15031233 | + Email/Text: crdept@na.firstsource.com | Mar 17 2026 02:04:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15031234 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2026 02:04:00 | Internal Revenue Service*, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15031235 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 17 2026 02:07:33 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15031237 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 17 2026 02:07:19 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 16629669 | + Email/Text: RASEBN@raslg.com | Mar 17 2026 02:03:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15492322 | + Email/Text: bkteam@selenefinance.com | Mar 17 2026 02:04:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15031238 | + Email/Text: bankruptcy@sccompanies.com | Mar 17 2026 02:05:00 | Montgomery Ward, 1112 7th Ave., Monroe, WI 53566-1364 |
| 15052753 | + Email/Text: bankruptcy@sccompanies.com | Mar 17 2026 02:05:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15031240 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2026 02:04:00 | PA Department of Revenue*, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031239 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2026 02:04:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15093076 | + Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:24 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15072597 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2026 02:07:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15041080 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2026 02:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031243 | + Email/PDF: ebnotices@pnmac.com | Mar 17 2026 02:07:51 | PennyMac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15059055 | + Email/Text: ebnpeoples@grblaw.com | Mar 17 2026 02:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 16571953 | + Email/Text: ebnjts@grblaw.com | | |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Mar 16, 2026 | Form ID: pdf900 | Total Noticed: 50

| | | Mar 17 2026 02:03:00 | Plum Borough School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15031690 | + Email/PDF: ebn_ais@aisinfo.com | Mar 17 2026 02:07:38 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15031247 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:18:21 | The Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15073780 | ^ MEBN | Mar 17 2026 01:55:27 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15031249 | ^ MEBN | Mar 17 2026 01:54:49 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15067103 | Email/Text: BNCnotices@dcmservices.com | Mar 17 2026 02:04:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15574758 | + Email/Text: EBN@edfinancial.com | Mar 17 2026 02:03:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15031250 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 17 2026 02:07:46 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15031251 | + Email/Text: documentfiling@lciinc.com | Mar 17 2026 02:03:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | | Plum Borough School District C/O Weiss Burkardt Kr, 445 Fort Pitt Blvd. Ste. 503, Pittsburgh |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15068865 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15045962 | ##+ | Borough of Plum, C/O Plum Borough Property Tax, 4555 New Texas Rd., Pittsburgh, PA 15239-1166 |
| 15031236 | ##+ | Linda DeVore, 7647 Saltsburg Road, Pittsburgh, PA 15239-1755 |
| 15031248 | ##+ | The Physical Therapy Institute, 480 Johnson Road, Ste 303, Washington, PA 15301-8936 |

TOTAL: 4 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                   Signature:        /s/Gustava Winters

District/off: 0315-2                                 User: auto                                          Page 4 of 4

Date Rcvd: Mar 16, 2026                             Form ID: pdf900                                     Total Noticed: 50

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jordan Matthew Katz | on behalf of Creditor MCLP Asset Company  Inc. jkatz@raslg.com |
| Joseph F. Nicotero | on behalf of Debtor April Lynn DeVore josephnicotero@gmail.com |
| Joshua I. Goldman | on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor April Lynn DeVore lowdenscott@gmail.com |
| Sherri R Dicks | on behalf of Creditor MCLP Asset Company  Inc. sdicks@raslg.com |
| Thomas Song | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Victor Samuel Kustra | on behalf of Creditor Plum Borough School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |

TOTAL: 22