**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: April Lynn DeVore**<br>                              **Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                             **Movant**<br>      vs.<br><br>**April Lynn DeVore**<br>                              **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                             **Trustee** | **BK NO. 19-21472 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 16** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 16, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
April Lynn DeVore
7647 Saltsburg Road
Pittsburgh, PA 15239

Attorney for Debtor(s)
Scott R. Lowden, Esq.
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>March 16, 2023</u>

                                                **/s/Brian C. Nicholas Esquire**
                                                Brian C. Nicholas Esquire
                                                Attorney I.D. 317240
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                201-549-5366
                                                bnicholas@kmllawgroup.com